UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SUKHVIR SINGH,<br>Defendant. | Case No. 6:25-po-00024-HBK<br>ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISQUALIFY THE NATIONAL PARK SERVICE<br>(Doc. 30) |

On September 2, 2026, Defendant Sukhvir Singh moved to disqualify the National Park Service ("NPS") from exercising prosecutorial authority at the September 16, 2026 bench trial. (Doc. 30 at 2). The motion is supported by declarations. (Docs. 30-1 through 30-4). The Government opposed the motion and submitted a supporting declaration. (Docs. 34, 34-1). Defendant's time to reply expired on September 14, 2026. *See* E.D. Cal. Local Rule 430.1(f).

On September 14, 2026, the parties filed a joint stipulation and proposed order to vacate the September 16, 2026 bench trial. (Doc. 35). The Court vacated the trial. (Doc. 36).

"A motion is moot when the court's decision on the pending motion will not have any practical effect on the existing controversy." *Nelson v. County of Pima*, No. 4:21-cv-455, 2022 WL 1102635, at *2 (D. Ariz. Apr. 13, 2022) (internal quotation marks and citations omitted). Defendant's requested relief—disqualifying NPS from prosecuting the September 16, 2026 bench trial—would have no practical effect because that trial has been vacated.

Accordingly, IT IS ORDERED:

Defendant's motion to disqualify the National Park Service (Doc. 30) is DENIED AS MOOT.

Dated: September 15, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE